UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANGELO GONZALES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-11215** |
| **LT. BLANDON SMITH ET AL.** | **SECTION "C" (2)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge and the plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter over the plaintiff's objections. Therefore,

**IT IS ORDERED** that plaintiff's motions for injunction, preliminary injunction and/or restraining order, Record Doc. Nos. 7, 9, are hereby **DENIED**.

New Orleans, Louisiana, this 24th day of April, 2007.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE