UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANGELO GONZALES | CIVIL ACTION |
| VERSUS | NO. 06-11215 |
| LT. BLANDON SMITH ET AL. | SECTION "C" (2) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the motion for summary judgment filed by defendants, Blandon Smith, Wade Rigdon, Trey Moody, Mickey Dillon and Cliff Turner, Record Doc. No. 47, is hereby **DENIED**.

New Orleans, Louisiana, this 15th day of October, 2007.

UNITED STATES DISTRICT JUDGE